**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Case No. 07-cv-00375-LTB-MJW

THE HENRY GROUP, LLC, d/b/a EQUITEC, an Ohio limited liability company,

    Plaintiff,

v.

OPUS INTERACTIVE, INC., a Delaware corporation;
DAN AIKEN;
THE ALLANT GROUP, INC., an Illinois corporation;
HUIZENGA CAPITAL MGMT., LLC, a Colorado limited liability company;
GRAUE MILL PARTNERS, LLC, an Illinois limited liability company;
MAYPORT VENTURE PARTNERS, LP, a Florida limited liability partnership;
PRUDENTIAL SECURITIES GROUP, INC., a Delaware corporation;
SPEH INTERESTS LTD., a Texas limited partnership; and
RICHARD AND JANET GUELFI,

    Defendants.
_____

## ORDER OF DISMISSAL
_____

THIS MATTER having come before the Court on the Plaintiff's Notice of Dismissal Without Prejudice (Doc 8 - filed February 5, 2008), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITHOUT PREJUDICE,** each party to pay their own fees and costs.

                                BY THE COURT:

                                  s/Lewis T. Babcock
                                  Lewis T. Babcock, Judge

DATED: February 6, 2008